IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KENNETH GIERLOFF,**

    Plaintiff,

v.

**OCWEN, et al,**

    Defendants.

Civ. No. 6:15-cv-01311-MC

**ORDER**

MCSHANE, Judge:

    Based on Defendant Ocwen's reported stipulation and agreement "not to commence a foreclosure during the pendency of this lawsuit" (ECF No. 18 at pp. 2-3), the Plaintiff's Motion for Preliminary Injunction (ECF No. 15) is **DENIED** as moot. Should a similar motion become necessary in the future, Plaintiff's counsel is reminded that they must comply with L.R. 7-1 and confer with opposing counsel prior to filing the motion.

    DATED this 25th day of January, 2016.

                                                /s/ Michael J. McShane
                                                Michael J. McShane
                                                United States District Judge

1 –ORDER